M. P. No. 76-108. John E. Pearson *et al. v.* Old Stone Savings Bank *et al.* Motion of plaintiffs for an injunction pending appeal under Rule 8 is not properly before the court since no appeal lies from the denial of a preliminary injunction. G. L. 1956 (1969 Reenactment) §9-24-1,7. See *Ross v. Mencoff,* 82 R. I. 461, 11 A.2d 356 (1955). 1 Kent, *R. I. Civ. Prac.* §65.5. Accordingly, the motion is denied. *Letts, Quinn & Licht, Frank Licht, Richard A. Licht,* for plaintiffs. *Tillinghast, Collins & Graham, Peter J. McGinn, Robert W. Edwards,* for defendants.

C. A. No. 75-287. State *v.* Henry LaPlume. Motion of State for extension of time to file its brief is granted, and said time is extended to April 10, 1976. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *John D. Lynch,* for defendant.

C. A. No. 76-65. State *v.* Raymond Duggan. Motion of defendant for leave to transmit record out of time granted. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst,* Asst. Public Defender, for defendant.

Appeal No. 74-64. William P. Morinville *v.* Lana Morinville *et al.* Motion of plaintiff to take depositions in Supreme Court is denied. Motion to remand to the Superior Court is granted. *Joseph E. Marran, Jr.,* for plaintiff. *Higgins, Cavanagh & Cooney, Joseph V. Cavanagh,* for defendant Lana Morinville.